Faye Beard, Appellee, v. Otto Zindars, Appellant.

Gen. No. 9,197.

Heard in this court at October term, 1939; opinion filed January 15, 1940. Green & Palmer and Hawbaker & Sievers, for appellant; Henry I. Green and Oris Barth, of counsel; Weilepp & Wilson, for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''

People of the State of Illinois, Appellee, v. One Slot Machine Found in Parkside Recreation Parlor and John Dochus, Owner, Appellant.

Gen. No. 9,467.

Heard in this court at October term, 1939; opinion filed January 25, 1940. George T. Liddell, for appellant; Robert E. Nash, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''